## *State of New York*
## *Supreme Court, Appellate Division*
## *Third Judicial Department*

Decided and Entered:  December 17, 2015                  520765
_____

In the Matter of TERRENCE
    SLATER,
                        Appellant,

        v                                    MEMORANDUM AND ORDER

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.
_____


Calendar Date:  October 27, 2015

Before:  McCarthy, J.P., Garry, Lynch and Devine, JJ.

_____

        Terrence Slater, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (William E. Storrs of counsel), for respondent.

_____


        Appeal from a judgment of the Supreme Court (Elliott, J.), entered March 9, 2015 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

        Petitioner commenced this CPLR article 78 proceeding raising objections to a disciplinary hearing that resulted in his confinement in the special housing unit.  Respondent moved to dismiss the petition based on petitioner's failure to exhaust his administrative remedies.  Supreme Court granted the motion and this appeal ensued.

        Petitioner prematurely commenced this proceeding while his administrative appeal was still pending.  Notwithstanding

petitioner's contention to the contrary, he "has failed 'to establish that any of the exceptions to the exhaustion doctrine applied'" (Matter of Bennefield v Annucci, 122 AD3d 1329, 1331 [2014], quoting Matter of Ross v Ricks, 268 AD2d 925, 926 [2000]).  As such, Supreme Court properly dismissed the petition (see Matter of Tafari v LeClaire, 79 AD3d 1465, 1466 [2010], lv dismissed 16 NY3d 826 [2011]; Matter of Dagnone v Goord, 298 AD2d 789, 790 [2002]).

McCarthy, J.P., Garry, Lynch and Devine, JJ., concur.


ORDERED that the judgment is affirmed, without costs.



ENTER:


Robert D. Mayberger
Clerk of the Court